IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01240-DDD-NRN

DEANNA DARIAS, individually and on behalf of all similarly situated persons,

    Plaintiff,

v.

NORTHWOOD HOSPITALITY LLC,

    Defendant.

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Settlement Agreement and General Release entered into by the parties, Plaintiff Deanna Darias, by and through her undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice as to all claims and causes of action against Defendant Northwood Hospitality LLC. Defendant Northwood Hospitality LLC has no objection and consents to the dismissal with prejudice of this Plaintiff's action.

Dated: March 16, 2023                          Respectfully submitted,

                                                         /s/ Eric Lechtzin
                                                         Eric Lechtzin
                                                         EDELSON LECHTZIN LLP
                                                         411 South State Street Suite N-300
                                                         Newtown, PA 18940
                                                         Telephone: (215) 867-2399
                                                         Elechtzin@edelson-Law.com

                                                         *Counsel for Plaintiff*

*/s/ Adam R. Carlisle*
Adam R. Carlisle
Jackson Lewis P.C.
601 Poydras Street, Suite 1400
New Orleans, LA 70130
Telephone: (504) 799-2755
Facsimile: (504) 208-1759
Adam.Carlisle@jacksonlewis.com

*Counsel for Defendant*
*Northwood Hospitality, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2023 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                */s/ Eric Lechtzin*
                                                Eric Lechtzin
                                                Edelson Lechtzin LLP
                                                411 South State Street Suite N-300
                                                Newtown, PA 18940
                                                Telephone: (215) 867-2399
                                                Elechtzin@edelson-Law.com